AEE

FILED
JANUARY 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN GRIGGS, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. |
| KB MERRIL & ASSOCIATES, LLC, | ) |
| Defendant. | ) |

**08 C 379**

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE SCHENKIER**

### COMPLAINT

NOW COMES the Plaintiff, SUSAN GRIGGS, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant, KB MERRIL & ASSOCIATES, LLC, and alleging as follows:

### PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. § 1692 et seq.

### JURISDICTION AND VENUE

2. Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

### PARTIES

3. Plaintiff, Susan Griggs ("Plaintiff"), is an individual who was at all relevant times residing in the City of Park Forest, State of Illinois.

4. At all relevant times herein, Defendant, KB MERRIL & ASSOCIATES, LLC, ("Defendant") acted as a debt collector within the meaning of 15 U.S.C. § 1692a(6) in that it held itself out to be a company collecting a debt allegedly owed from Plaintiff.

5.	Defendant is a corporation that has its principal place of business and its offices located in the State of Maryland.

## ALLEGATIONS
## COUNT I
## VIOLATIONS OF THE FDCPA v. KB MERRIL & ASSOCIATES, LLC

6.	In December of 2007, Plaintiff began receiving repeated telephone calls from Defendant attempting to collect a debt allegedly owed from Plaintiff.

7.	On December 11, 2007, Defendant contacted Plaintiff's mother, Karen Griggs, in an effort to reach Plaintiff.

8.	Plaintiff immediately returned Defendant's call and provided Defendant with her own, separate telephone number and demanded it no longer contact her mother regarding the alleged debt.

9.	Despite Plaintiff's request, Defendant continued to contact Plaintiff's mother on December 12, 19, 20, 26 31 and January 1 and 2.

10.	To date, Plaintiff has never received anything in writing from Defendant regarding the name and address of the original creditor and/or the amount of the debt allegedly owed.

11.	In its attempts to collect the aforementioned debt, the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 in one or more of the following ways:

    a.	Communicated with any person other than the consumer more than once other than for the purpose of acquiring location information about the consumer in violation of 15 U.S.C. § 1692b(3);

    b.	Communicated in connection with the collection of any debt with any person other than the consumer, his attorney, a consumer reporting agency, the

creditor, attorney of the creditor, or attorney of the debt collector in violation of 15 U.S.C. § 1692c(b); and

c. Within five days of the initial communication with the consumer in connection with the collection of any debt, failed to provide the consumer with a written notice containing the information required pursuant to the FDCPA in violation of 15 U.S.C. § 1692g.

12. As a result of Defendant's violations as aforesaid, Plaintiff suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, SUSAN GRIGGS, by and through her attorneys, respectfully prays for judgment as follows:

a. All actual compensatory damages suffered;

b. Statutory damages of $1,000.00 for Plaintiff;

c. Plaintiff's attorneys' fees and costs;

d. Any other relief deemed appropriate by this Honorable Court.

***PLAINTIFF REQUESTS A TRIAL BY JURY ***

Respectfully Submitted,
**SUSAN GRIGGS**


By:   s/ Larry P. Smith
       Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys for Plaintiff
205 North Michigan Avenue
40TH Floor
Chicago, Illinois 60601
Ph (312) 222-9028
Fax (312) 602-3911