**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SUSAN GRIGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 08-CV-0379 |
| ) | |
| KB MERRIL & ASSOCIATES, LLC, ) | Judge Leinenweber |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING**

KB Merrill Associates, LLC
Attn: Kevon Merrill
138 Industry Lane
Forest Hill, MD 21050-1741
Email: kmerrill@comcast.net

PLEASE TAKE NOTICE THAT On February 28, 2008, there was filed in the United States District Court for the Northern District of Illinois, a **Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

**PROOF OF SERVICE**

I, the undersigned, an attorney, certify that I served this notice by *e-mailing* a copy to the above named parties before 5:00 p.m. on February __28__, 2008 from 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601.

By: ____/s Larry P. Smith_____
Attorney for Plaintiff