## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 379 | **DATE** | 5/5/2008 |
| **CASE TITLE** | Susan Griggs vs. KB Merril & Associates, LLC, | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion for Voluntary Dismissal of defendant KB Merril & Associates, LLC with prejudice and without costs to be paid to any party is granted.

*Docketing to mail notices.*

| | Courtroom Deputy Initials: | WAP |
|---|---|---|